BOARD OF EDUCATION OF THE TOWN OF BRANFORD
*v.* TOWN OF BRANFORD ET AL.

The plaintiff's motion to dismiss the appeal from the Superior Court in New Haven County is granted.

*James O. Shea,* for the appellee (plaintiff).

*Howard F. Zoarski,* for the appellant (defendant Representative Town Meeting of Branford).

Argued October 7—decided October 7, 1975

TINA ROY ET AL. *v.* CENTENNIAL INSURANCE COMPANY

The defendant's motion to dismiss the appeal from the Superior Court in Hartford County is denied.

*Wesley W. Horton,* for the appellee (defendant).

*Edward T. Dodd, Jr.,* for the appellant (plaintiff).

Argued October 7—decided October 7, 1975

DAVID MEYERS, TRUSTEE *v.* DANIEL PIROSCAFO ET AL.

The motion by the defendant Stratford Planning and Zoning Commission to dismiss the appeal from the Superior Court in Fairfield County is denied.

*Charles S. Weidman,* for the appellee (defendant Stratford Planning and Zoning Commission).

*John J. McNamara,* for the appellant (plaintiff).